# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00086-CR
## NO. 03-07-00087-CR

**Daniel George Crocker, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
NOS. 7950 & 7951, HONORABLE JOE CARROLL, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Daniel George Cocker seeks to appeal from judgments of conviction for felony driving while intoxicated and possession of a controlled substance with intent to deliver. The trial court has certified that these are plea bargain cases and Cocker has no right of appeal. The court has also certified that Cocker waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: February 22, 2007

Do Not Publish